# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated

V.

VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN

 E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

 CV 07 6218

**MMC**

TO: (Name and address of defendant)

VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN
2099 GATEWAY PL STE 600
SAN JOSE, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
Berman DeValerio Pease
Tabacco Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

DATE  DEC - 7 2007

*(signature)*
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

Telephone:

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| ALBERT L. FELDMAN, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff. | CV 07 6218 MMC |
| VERIFONE HOLDINGS, INC., ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; VERIFONE HOLDINGS, INC. CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; DISTRICT COURT GUIDELINES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served : DOUGLAS G. BERGERON

    By Serving : Katherine Stephens, Corporate Legal Director / Authorized To Accept Service Of Process

    Address : ( Business )

        2099 Gateway Place, Suite 600
        San Jose, Ca 95110

    Date of Service : December 17, 2007

    Time of Service : 5:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: December 17, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 652

Signature: _[signature]_
MATTHEW CLARK

Telephone:
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

Plaintiff : ALBERT L. FELDMAN, ET AL.
Defendant : VERIFONE HOLDINGS, INC., ET AL.

Ref # 120779337          **DECLARATION OF MAILING**          Case No. CV 07 6218 MMC

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; VERIFONE HOLDINGS, INC. CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; DISTRICT COURT GUIDELINES

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

>   DOUGLAS G. BERGERON
>
>   ( Business )
>   2099 Gateway Place, Suite 600
>   San Jose, Ca 95110

Date of mailing: December 17, 2007


Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 17, 2007          Signature: *Robina Alves*

Telephone:

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| ALBERT L. FELDMAN, ET AL.<br><br>Plaintiff,<br><br>VERIFONE HOLDINGS, INC., ET AL.<br><br>Defendant. | CASE NUMBER<br><br>CV 07 6218 MMC<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; VERIFONE HOLDINGS, INC. CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; DISTRICT COURT GUIDELINES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : BARRY ZWARENSTEIN

    By Serving        : Katherine Stephens, Corporate Legal Director / Authorized To Accept Service Of Process

    Address           : ( Business )

                       2099 Gateway Place, Suite 600
                       San Jose, Ca 95110

    Date of Service : December 17, 2007

    Time of Service : 5:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: December 17, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 652

Signature: _____
                  MATTHEW CLARK

Telephone:
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

Plaintiff : ALBERT L. FELDMAN, ET AL.
Defendant : VERIFONE HOLDINGS, INC., ET AL.

Ref # 120779338      **DECLARATION OF MAILING**      Case No. CV 07 6218 MMC

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; VERIFONE HOLDINGS, INC. CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; DISTRICT COURT GUIDELINES



in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

         BARRY ZWARENSTEIN

         ( Business )
         2099 Gateway Place, Suite 600
         San Jose, Ca 95110

         Date of mailing: December 17, 2007



Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date: December 17, 2007          Signature: *Robina Alves*