United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   IN RE VERIFONE HOLDINGS INC                    No. C 07-06140 MHP
9   SECURITIES LITIGATION                          **CLERK'S NOTICE**
                                                   **(Rescheduling Motion Hearing)**
10  _____/
11
12      The parties are notified that the hearing of the motion(s) in this matter currently on calendar
    for March 10, 2008, is hereby RESCHEDULED to **March 17, 2008, at 2:00 p.m.**  Please note that
13
    only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date
14
    remains in effect.
15
16
                                                   Richard W. Wieking
17                                                 Clerk, U.S. District Court
18
19
    Dated: February 13, 2008                       Anthony Bowser, Deputy Clerk to the
20                                                 Honorable Marilyn Hall Patel
                                                        (415) 522-3140
21
22
23
24
25
26
27
28